PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:09-CR-00185-1H

TREVOR GEORGE GRAHAM

On Tuesday, October 21, 2008, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Michael C. Brittain  
Michael C. Brittain  
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of April 2012.

Malcolm J. Howard  
Senior U.S. District Judge